

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2022

No. 04-21-00296-CR

Vincent Trevino **GOMEZ** Jr.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12346
The Honorable Jennifer Pena, Judge Presiding

## O R D E R

Appellant's brief was originally due November 15, 2021. On November 15, 2021, appellant filed a motion requesting an extension of time to file the brief until January 14, 2022, for a total extension of sixty days. Appellant did not file a brief by January 14, 2022. We therefore **ORDER** appellant to file his brief **by February 4, 2022**. If appellant's attorney fails to file the brief by the date ordered, we will order this appeal abated and remanded to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court